Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MONTES ZEPEDA, et al., | Case No. 2:25-cv-03299 |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING STIPULATION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS SOLIS AND VIGIL TO FILE THEIR RESPONSE TO PLAINTIFFS' COMPLAINT |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, and the Parties having stipulated to the same, the Parties' Stipulation to Extend Time for Defendants Solis and Vigil to respond to Plaintiffs' Complaint is APPROVED.

IT IS HEREBY ORDERED that Defendants Solis and Vigil's deadline to file a response to Plaintiff's Complaint is extended to and includes Monday, March 2, 2026.

Dated: January 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR ADDITIONAL INDIVIDUAL DEFENDANTS SOLIS AND VIGIL TO FILE THEIR RESPONSE TO PLAINTIFFS' COMPLAINT