Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
2800 W. March Lane, Suite 300
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com; service@mrrjlaw.com

Attorneys for Defendant
COUNTY OF STANISLAUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MONTES ZEPEDA, Individually, and as Successor in Interest to the Estate of DAIANA DIAZ MONTES, Decedent<br><br>Plaintiff(s),<br><br>vs.<br><br>COUNTY OF STANISLAUS; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY SCHWANTZ; HARPREET BOPARAI-SEKHON; ELVA SANDOVAL; PRABHDEEP; ADRIANA VIGIL; MIREYA MEJIA; PHAJIKARN TSE; HARDEEP SINGH; TIFFANY GREEN; SANDY ARANDA; MARIA RIVERA; MANDEEP MAND; LAURA ROBBINS RIOS; NAVDEEP PUREWAL; STEPHANIE PATRICK-CALVILLO; SANDRA MALOUGH; ELIZABETH HAAPALA; JESSICA SOLIS; BALEIGH BASSO; YARICSA VARGAS; LAURA EGBERT; MENDEZ; STEWART; JENNIFER BOBST; and DOES 1 through 100, Inclusive<br><br>Defendant(s). | Case No. 2:25-cv-03299-AC<br><br>**[PROPOSED]** ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS LAURA EGBERT, MENDEZ, STEWART, AND JENNIFER BOBST TO RESPOND TO PLAINTIFF'S COMPLAINT |

GOOD CAUSE APPEARING THEREFORE, and pursuant to the stipulation of the parties, the Stipulation to Extend Time for Defendants Laura Egbert, Mendez, Stewart and Jennifer Bobst to respond to Plaintiffs' Complaint is APPROVED.

1

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS LAURA EGBERT, MENDEZ, STEWART, AND JENNIFER BOBST TO RESPOND TO PLAINTIFF'S COMPLAINT

1    IT IS HEREBY ORDERED that defendants LAURA EGBERT, MENDEZ, STEWART,
2  and JENNIFER BOBST's deadline to file their response to the Complaint is extended to, and
3  including, March 2, 2026.

DATED: January 5, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Mordaunt, Roundy,
Reihl & Jimerson
2800 W. March Lane,
Suite 300
Stockton, CA 95219
(209) 473-8732

2

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS LAURA EGBERT, MENDEZ, STEWART, AND JENNIFER BOBST TO RESPOND TO PLAINTIFF'S COMPLAINT