LINDSEY M. ROMANO (SBN 337600)
lromano@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
lromano@grsm.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY
SCHWANTZ; HARPREET BOPARAI-SEKHON; ELVA SANDOVAL; PRABHDEEP;
MIREYA MEJIA; PHAJIKARN TSE; HARDEEP SINGH; TIFFANY GREEN;
MANDEEP MAND; NAVDEEP PUREWAL; STEPHANIE PATRICK-CALVILLO;
SANDRA MALOUGH; JESSICA SOLIS; ADRIANA VIGIL; YARICSA VARGAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MONTES ZEPEDA, et al., | Case No. 2:25-cv-03299 |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR INDIVIDUAL DEFENDANT VARGAS TO FILE HER RESPONSE TO PLAINTIFF'S COMPLAINT |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, and the Parties have stipulated to the same, the Parties' Stipulation to Extend Time for Defendant Vargas to respond to Plaintiff's Complaint is APPROVED.

IT IS HEREBY ORDERED that Defendant Vargas's deadline to file a response to Plaintiff's Complaint is extended to and includes Monday, March 2, 2026.

Dated: January 20, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-1-