

United States District Court
Eastern District of California

Sonia Montes Zepeda, et al.,

Plaintiff(s)

V.

County of Stanislaus, et al.,

Defendant(s)

Case Number: 2:25-cv-03299

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

SARAH A. KILGORE hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

California Forensic Medical Group, Inc.; Jacquelyne Leon; Holly Schwantz; Harpreet Boparai-Sekhon; Elva Sandoval; Prabhdeep; Mirey A Mejia; Phajikarn Tse; Hardeep Singh; Tiffany Green; Sandy Aranda; Maria Rivera; Mandeep Mand; Navdeep Purewal; Stephanie Patrick-Calvillo; Sandra Malough; Adriana Vigil; Jessica Solis; and Yaricsa Vargas.

On September 24, 2025 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/23/2026    Signature of Applicant: /s/ Sarah A. Kilgore

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name:            SARAH A. KILGORE

Law Firm Name:              GORDON REES SCULLY MANSUKHANI LLP

Address:                    150 FAYETTEVILLE STREET

                            SUITE 1120

City:    RALEIGH              State:  NC    Zip:  27601

Phone Number w/Area Code:    (984) 392-8622

City and State of Residence:  RALEIGH, NC

Primary E-mail Address:      skilgore@grsm.com

Secondary E-mail Address:    sarah.ann.kilgore@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:        KENDRA N. STARK

Law Firm Name:              GORDON REES SCULLY MANSUKHANI LLP

Address:                    315 PACIFIC AVE.



City:    SAN FRANCISCO        State:  CA    Zip:  94111

Phone Number w/Area Code:    (984) 242-1787        Bar #  363663

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 2, 2026

_____
JUDGE, U.S. DISTRICT COURT

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify

that on September 4, 2025, license to practice as an Attorney and Counselor at Law in all

the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Sarah Ann Kilgore

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this February 16, 2026.



Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina