Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
2800 W. March Lane, Suite 300
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com; service@mrrjlaw.com

Attorneys for Defendants
COUNTY OF STANISLAUS; LAURA EGBERT;
MENDEZ; STEWART; AND JENNIFER BOBST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SONIA MONTES ZEPEDA, Individually, and as Successor in Interest to the Estate of DAIANA DIAZ MONTES, Decedent

          Plaintiff(s),

vs.

COUNTY OF STANISLAUS; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY SCHWANTZ; HARPREET BOPARAI-SEKHON; ELVA SANDOVAL; PRABHDEEP; ADRIANA VIGIL; MIREYA MEJIA; PHAJIKARN TSE; HARDEEP SINGH; TIFFANY GREEN; SANDY ARANDA; MARIA RIVERA; MANDEEP MAND; LAURA ROBBINS RIOS; NAVDEEP PUREWAL; STEPHANIE PATRICK-CALVILLO; SANDRA MALOUGH; ELIZABETH HAAPALA; JESSICA SOLIS; BALEIGH BASSO; YARICSA VARGAS; LAURA EGBERT; MENDEZ; STEWART; JENNIFER BOBST; and DOES 1 through 100, Inclusive

          Defendant(s).

Case No. 2:25-cv-03299-JAM-AC

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT STANISLAUS COUNTY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

      Plaintiff SONIA MONTES ZEPEDA, Individually, and as Successor in Interest to the Estate of DAIANA DIAZ MONTES, Decedent ("Plaintiff"), and defendant STANISLAUS COUNTY ("Defendants") by and through their undersigned counsel of record stipulate and agree to

Mordaunt, Roundy, Reihl & Jimerson
2800 W. March Lane, Suite 300
Stockton, CA  95219
(209) 473-8732

1

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT STANISLAUS COUNTY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

extend the time for defendant STANISLAUS COUNTY to respond to Plaintiff's First Amended Complaint (ECF, 63), as follows:

1.  Plaintiff filed a First Amended Complaint on March 24, 2026. (ECF, 63)

2.  Defendant STANISLAUS COUNTY's current deadline to respond to the First Amended Complaint is April 14, 2026.

3.  Since the filing of the First Amended Complaint, plaintiff has identified an additional defendant, which will require a motion to amend the complaint.

4.  For purposes of efficiency and judicial economy Plaintiff and Defendant STANISLAUS COUNTY have agreed to extend the time for defendant STANISLAUS COUNTY to respond to Plaintiff's First Amended Complaint until 15 days after the ruling on plaintiff's motion to amend. This extension will allow the motion to amend to be heard before a responsive pleading is due, since it is anticipated a further amended Complaint will be filed by plaintiff.

5.  There have not been any prior requests for extensions submitted by this defendant.

6.  The parties, therefore, stipulate and agree that defendant STANISLAUS COUNTY'S deadline to file their response to the First Amended Complaint is extended to, 15 days after the ruling on plaintiff's motion to amend.

IT IS SO STIPULATED AND AGREED.


Dated: April 15, 2026                    THE SIMON LAW GROUP, LLP


                                         By:  /s/ Greg Jackson
                                              Greg A. Jackson
                                              Attorney For Plaintiff
                                              SONIA MONTES ZEPEDA,
                                              INDIVIDUALLY, AND AS SUCCESSOR
                                              IN INTEREST TO THE ESTATE OF
                                              DAIANA DIAZ MONTES, DECEDENT

Dated: April 14, 2026                    MORDAUNT, ROUNDY, REIHL & JIMERSON


                                         By:  /s/ Lori Reihl
                                              Lori A. Reihl, Esq.
                                              Attorneys for Defendant
                                              COUNTY OF STANISLAUS

Mordaunt, Roundy,
Reihl & Jimerson
2800 W. March Lane,
Suite 300
Stockton, CA 95219
(209) 473-8732

2

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT STANISLAUS COUNTY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Lori A. Reihl, Esq., Bar No. 246395
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
2800 W. March Lane, Suite 300
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com; service@mrrjlaw.com

Attorneys for Defendants
COUNTY OF STANISLAUS; LAURA EGBERT;
MENDEZ; STEWART; AND JENNIFER BOBST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MONTES ZEPEDA, Individually, and as Successor in Interest to the Estate of DAIANA DIAZ MONTES, Decedent<br><br>                    Plaintiff(s),<br><br>vs.<br><br>COUNTY OF STANISLAUS; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY SCHWANTZ; HARPREET BOPARAI-SEKHON; ELVA SANDOVAL; PRABHDEEP; ADRIANA VIGIL; MIREYA MEJIA; PHAJIKARN TSE; HARDEEP SINGH; TIFFANY GREEN; SANDY ARANDA; MARIA RIVERA; MANDEEP MAND; LAURA ROBBINS RIOS; NAVDEEP PUREWAL; STEPHANIE PATRICK-CALVILLO; SANDRA MALOUGH; ELIZABETH HAAPALA; JESSICA SOLIS; BALEIGH BASSO; YARICSA VARGAS; LAURA EGBERT; MENDEZ; STEWART; JENNIFER BOBST; and DOES 1 through 100, Inclusive<br><br>                    Defendant(s). | Case No. 2:25-cv-03299-JAM-AC<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT STANISLAUS COUNTY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Mordaunt, Roundy,
Reihl & Jimerson
2800 W. March Lane,
Suite 300
Stockton, CA  95219
(209) 473-8732

3

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT STANISLAUS COUNTY TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT

GOOD CAUSE APPEARING THEREFORE, and pursuant to the stipulation of the parties, the Stipulation to Extend Time for Defendant STANISLAUS COUNTY to respond to Plaintiff's First Amended Complaint is **APPROVED**.

IT IS HEREBY ORDERED that defendant STANISLAUS COUNTY'S deadline to file their response to the First Amended Complaint is **EXTENDED** to, and including, 15 days after the ruling on plaintiff's motion to amend.

Dated: April 17, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Mordaunt, Roundy,
Reihl & Jimerson
2800 W. March Lane,
Suite 300
Stockton, CA  95219
(209) 473-8732

4

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT STANISLAUS COUNTY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT