KENDRA N. STARK
kstark@grsm.com
SARAH A. KILGORE (PRO HAC VICE)
skilgore@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY SCHWANTZ; HARPREET BOPARAI-SEKHON; ADRIANA VIGIL; and LAURA ROBBINS RIOS

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MONTES ZEPEDA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No. 2:25-cv-03299-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY SCHWANTZ; HARPREET BOPARAI-SEKHON; ADRIANA VIGIL; AND LAURA ROBBINS RIOS TO FILE THEIR RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff Sonia Montes Zepeda, Individually, and as Successor in Interest to the Estate of Daiana Diaz Montes, Decedent, and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY SCHWANTZ; HARPREET BOPARAI-SEKHON; ADRIANA VIGIL; and LAURA ROBBINS RIOS (collectively "CFMG Defendants"), by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1. Plaintiff filed a First Amended Complaint ("FAC") on March 24, 2026 (ECF 63).

2. The current deadline for the aforementioned CFMG Defendants to answer or otherwise respond to Plaintiff's FAC is October 21, 2026.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

3. On October 20, 2026, counsel for Plaintiff and CFMG Defendants conferred regarding a stipulation granting CFMG Defendants an extension of time to answer or otherwise respond to the FAC, until November 11, 2026.

4. The parties now stipulate to an extension through November 11, 2026, to allow counsel additional time to evaluate the amended allegations and prepare a responsive pleading.

5. This request is made in good faith, will not affect any existing case deadlines, and will not prejudice any party.

6. The parties hereby stipulate and agree that CFMG Defendants' deadline to file their response to the FAC is extended to and including November 11, 2026.

IT IS SO STIPULATED AND AGREED.

Dated: October 21, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Sarah A. Kilgore*
Sarah A. Kilgore
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; JACQUELYNE LEON; HOLLY SCHWANTZ; HARPREET BOPARAI-SEKHON; ADRIANA VIGIL; and LAURA ROBBINS RIOS

Dated: October 21, 2026

THE SIMON LAW GROUP, LLP

By: */s/ Greg A. Jackson*
Greg A. Jackson
Attorney For Plaintiff
SONIA MONTES ZEPEDA, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO THE ESTATE OF DAIANA DIAZ MONTES, DECEDENT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: October 21, 2026

*/s/ Sarah A. Kilgore*
Sarah A. Kilgore

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the Parties have stipulated to the same, the Parties Stipulation to Extend Time for Defendants California Forensic Medical Group, Inc.; Jacquelyne Leon; Holly Schwantz; Harpreet Boparai-Sekhon; Adriana Vigil; and Laura Robbins Rios to File Their Response to Plaintiff's First Amended Complaint is **APPROVED**.

IT IS HEREBY ORDERED that Defendants **California Forensic Medical Group, Inc.; Jacquelyne Leon; Holly Schwantz; Harpreet Boparai-Sekhon; Adriana Vigil; and Laura Robbins Rios**' deadline to file their response to Plaintiff's First Amended Complaint is **EXTENDED** to and includes **Wednesday, November 11, 2026**.

IT IS SO ORDERED.

Dated: October 22, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE